**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                                                          CASE NO.:24-42998-ELM-13

**TINA RENA DELEON**
    709 ATASCOSA AVE
    FT WORTH, TX 76120
    SSN/TIN: XXX-XX-1486

**DEBTOR**

**TRUSTEE'S NOTICE OF INTENT TO
CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR NO FIRST PLAN PAYMENT**

After seven days from September 23, 2024, Trustee will certify this case for dismissal because Debtor did not timely pay the first Plan Payment to Trustee within thirty days of filing the Petition. To prevent dismissal, Debtor's first Plan Payment must be received by 4:00 PM on September 30, 2024. FAILURE TO TIMELY CURE THE DELINQUENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

                                                     Respectfully submitted,

                              By:     /s/ Ethan S. Cartwright
                                          Ethan S. Cartwright, Staff Attorney
                                          Bar No. 24068273
                                          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                            Bar No. 01344800
                                            860 Airport Freeway, Ste 150
                                            Hurst, TX 76054
                                            (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                                                    By:     /s/ Ethan S. Cartwright
                                                                     Ethan S. Cartwright

TINA RENA DELEON
709 ATASCOSA AVE
FT WORTH, TX 76120